## JONES v. DESMOND and Others.

### No. 8602; March 26, 1885.

#### 6 Pac. 420.

**Appeal—Findings not Sustained by the Evidence.**—Where a finding is on a material issue, and there is no evidence to sustain it, the judgment will be reversed and a new trial ordered.

APPEAL from the Superior Court of the City and County of San Francisco.

M. Lynch for appellant; Clitus Barbour for respondents.

By the COURT.—The defendants allege and the court found that in the action of Brooks v. Swineford the plaintiff recovered a judgment for the sum demanded in his complaint. The allegation must be deemed to be denied by the plaintiff in this action; and it is assigned as error that the finding is not justified by the evidence. We are unable to find any evidence of the recovery of a judgment by the plaintiff in the action of Brooks v. Swineford. The finding is upon a material issue, and as there is no evidence to sustain it, there must be a new trial. No other material error is specified.

Judgment and order reversed.